742

## Commonwealth *v.* Epps, Appellant.

Submitted September 17, 1974. *Mitchell S. Lipschutz,* for appellant; *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Frazier, Appellant.

Submitted December 5, 1974. *Marshall E. Kresman,* and *Walder, Martin & Kresman,* for appellant; *Marianne E. Cox, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.